**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01574-MTS |
| ) | |
| CHRISTIAN NORTHEAST ) | |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

On December 04, 2024, the Court ordered Bradford to, within forty-five days, either pay the filing fee in full or file a renewed application to proceed in district court without prepaying fees or costs, complete with a certified copy of his inmate account statement as required by 28 U.S.C. § 1915(a). *See* Doc. [5]. The Court warned Bradford that failure to comply would result in the dismissal of this action without prejudice and without further notice. *See id.* at 4.

Although Bradford has filed a renewed application, his inmate account statement is neither certified nor sufficient in scope. *See* Doc. [9]. As the Court explained in its prior order, § 1915(a)(2) requires that inmate account statements be certified and cover the 6-month period immediately preceding the filing of the complaint. *See* Doc. [5] at 2-3. Bradford's statement is not certified and does not cover the required 6-month period.

Under Federal Rule of Civil Procedure 41(b), a court may dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ.

P. 41(b). The Court finds that Bradford's failure to comply with its previous Order warrants dismissal under Rule 41(b). *See also Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders."). Because the Court has the discretion to dismiss this action without prejudice for Bradford's failure to comply with the Court's Order, the Court concludes that an appeal from this dismissal would not be taken in good faith. *See id.*

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b). A separate order of dismissal will accompany this Memorandum and Order.

**IT IS FURTHER ORDERED** that Bradford's renewed application to proceed in district court without prepaying fees or costs, Doc. [8], is **DENIED** as moot.

Dated this 27th day of June 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE