UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01574-MTS |
| | ) | |
| CHRISTIAN NORTHEAST | ) | |
| HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis and Motion to Appoint Counsel. The Court already has certified that an appeal from the dismissal without prejudice of this action would not be taken in good faith. *See* Doc. [10] at 2; Doc. [11]. For that reason, the Court will deny Plaintiff's Motion for Leave to Appeal in Forma Pauperis. *See* 28 U.S.C. 1915(a)(3); *see also* Fed. R. App. P. 24(a)(3)(A). In addition, the Court will deny Plaintiff's Motion to Appoint Counsel. *See Aufderheide v. Dep't of Mental Health*, 4:22-cv-1350-MTS, 2023 WL 3433953, at *1 (E.D. Mo. May 12, 2023) ("This Court does not appoint appellate counsel.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Doc. [14], is **DENIED**. The Clerk of Court is respectfully directed to notify the Court of Appeals for the Eighth Circuit that this Court denied Plaintiff's

motion to proceed on appeal in forma pauperis and that this Court previously has certified that his appeal is not taken in good faith.  *See* Fed. R. App. P. 24(a)(4).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [15], is **DENIED**.

Dated this 7th day of August 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE